■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS B. KELLY, Appellant. [993 NYS2d 169]—

Appeal by the defendant from a judgment of the County Court, Putnam County (Rooney, J.), rendered June 12, 2013, convicting him of grand larceny in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his plea of guilty was knowingly, voluntarily, and intelligently entered into (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d 662, 666 [1988]; *People v Harris*, 61 NY2d 9, 17 [1983]). Although the defendant indicated that he had taken several prescription drugs on the morning of the plea proceeding, he denied that any of the drugs affected his ability to understand the proceedings, and his responses at the plea and sentencing proceedings were appropriate and did not indicate that he was incapacitated (*see People v M'Lady*, 59 AD3d 568 [2009]).

The defendant was not deprived of the effective assistance of counsel, as defense counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Sanders*, 112 AD3d 748 [2013]). Dillon, J.P., Dickerson, Roman and Sgroi, JJ., concur.